**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6283**

JOSEPH DOUGLAS ROUSE,

   Petitioner - Appellant,

  v.

JUSTIN ANDREWS, Warden,

   Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00063-DJN-EWH)

Submitted:  August 23, 2022      Decided:  August 26, 2022

Before GREGORY, Chief Judge, HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Douglas Rouse, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Douglas Rouse, a federal prisoner, appeals the district court's order granting Respondent's motion for summary judgment and denying relief on Rouse's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Rouse v. Andrews*, No. 3:21-cv-00063-DJN-EWH (E.D. Va. Jan. 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*